UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENDRA McCORMICK,<br><br>              Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS; DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 2:14-cv-01458-APG-NJK<br><br>**ORDER REFERRING CASE TO BINDING ARBITRATION AND DISMISSING CASE** |

    Based on the parties' Stipulaton (Dkt. 18), and good cause appearing,

    **IT IS ORDERED** that Plaintiff's sole remaining claim is for breach of contract, and all other causes of action set forth in the Complaint are dismissed with prejudice.

    **IT IS HEREBY FURTHER ORDERED** that this case is referred to binding arbitration, as detailed in the Stipulation of the parties.

    **IT IS FURTHER ORDERED** that, because the only remaining claim is referred to binding arbitration, there is no reason for this court to maintain jurisdiction over this case. Therefore, this case is hereby DISMISSED without prejudice to the parties' rights and ability to resolve the remaining claim through arbitration.

    Dated:  December 17, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE